AP77,034
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/11/2015 10:16:59 PM
Accepted 1/12/2015 7:12:33 AM
ABEL ACOSTA
CLERK

AP AP 77,034

| | | |
|---|---|---|
| BRANDON DANIEL | * | IN THE COURT |
| Appellant | * | |
| | | |
| VS. | * | OF CRIMINAL APPEALS |
| | * | |
| | * | OF TEXAS |
| | | |
| THE STATE OF TEXAS | * | |
| Appellee | * | AT AUSTIN, TEXAS |

## MOTION FOR EXTENSION OF TIME TO FILE APPELLATE BRIEF

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW, BRANDON DANIEL, Appellant, and files this Motion for an Extension in which to file the Appellant's Brief. In support of this motion, appellant shows the Court the following:

### I.

Appellant was convicted in the 403rd District Court of Travis County, Texas of the offense of Capital Murder. The Appellant was assessed Death. Appellant was sentenced on February 27, 2014.

### II.

The deadline for filing the Appellant's Brief is January 5, 2015 and Appellant has requested **three** previous extensions.

### III.

Attorney for the Appellant would further show the Court that he has been diligent in preparing Appellant's brief in this case. Counsel has completed the brief, but due to the nature of the case and sentence, counsel has asked two other attorney's to verify his conclusions and analysis. Counsel is currently awaiting their responses and modifications before filing the brief. Counsel will file the brief with or without corrections, on or before Friday, January 16, 2015.

WHEREFORE, Appellant prays the Court grant this Motion and extend the deadline for filing the Appellant's Brief to January 16, 2015.

Respectfully Submitted,

**ARIEL PAYAN**
Attorney at Law
1012 Rio Grande
Austin, Texas 78701
(512) 478-3900
(512) 472-4102 (fax)


/s/ Ariel Payan
ARIEL PAYAN
State Bar No. 00794430
Arielpayan@hotmail.com


## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that a true and correct copy of the above and foregoing Motion for Extension of Time to File Appellate Brief has been

delivered to the Criminal District Attorney of said County Texas, on January 11, 2015 either by placing the same in the United States Mail, facsimile or electronic transmission or by hand delivering the same.